IN THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

USCA Case No. 23-12408
United States District Court, Middle District of Florida
Case No.: 8:23-CV-181

BLAKE WARNER, *on behalf of his minor child J.W.*

Plaintiffs/Appellants

v.

THE SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA

Defendant/Appellee.

**APPELLEE'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

| | |
|---|---|
| KRISTEN M. FIORE, B.C.S. (25766) | JASON L. MARGOLIN (69881) |
| **AKERMAN LLP** | **AKERMAN LLP** |
| 201 East Park Avenue, Suite 300 | 401 East Jackson Street, Suite 1700 |
| Tallahassee, Florida 32301 | Tampa, FL 33602 |
| Telephone: (850) 224-9634 | Telephone: (813) 209-5009 |
| Facsimile: (850) 222-0103 | Facsimile: (813) 223-2837 |
| kristen.fiore@akerman.com | Jason.margolin@akerman.com |

ATTORNEYS FOR APPELLEE

72317239;1

USCA Case No. 23-12408
*Blake Warner v. The School Board of Hillsborough County, Florida*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE PURSUANT TO FRAP 26.1 AND 11TH CIR. R. 26.1-1

Pursuant to F.R.A.P. 26.1 and 11th Cir. R. 26.1-1, Appellee, THE SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA, by and through its undersigned counsel, hereby discloses the following trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock:

1. Akerman LLP (Attorneys for Appellee)
2. Fiore, Kristen M. (Attorney for Appellee)
3. Flynn, Sean P., U.S. Magistrate Judge
4. Margolin, Jason L. (Attorney for Appellee)
5. Merryday, Steven D., U.S. Dist. Judge (M.D. Fla.)
6. The School Board of Hillsborough County, Florida (Appellee)
7. Warner, Blake (Pro Se)

None of the Receivership Entities has a parent company or is a public company. There are no known stock ticker symbols or publicly traded entities among these parties.

Respectfully submitted,

/s/ Kristen M. Fiore
KRISTEN M. FIORE, B.C.S. (25766)
**AKERMAN LLP**
201 East Park Avenue, Suite 300
Tallahassee, Florida 32301
Telephone: (850) 224-9634
Facsimile: (850) 222-0103
kristen.fiore@akerman.com

JASON L. MARGOLIN (69881)
**AKERMAN LLP**
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 209-5009
Facsimile: (813) 223-2837
Jason.margolin@akerman.com

Counsel for Appellee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 18, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this case whom are registered through the CM/ECF.

/s/ Kristen M. Fiore
KRISTEN M. FIORE, B.C.S.

72317239;1