IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

———————————————————————

Nos. 23-12408 and 23-12411

———————————————————————

BLAKE WARNER,

Plaintiff/Appellant

v.

SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA,

Defendant/Appellee.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

## NOTICE OF RENEWED MOTIONS AFTER REINSTATEMENT

> Hiram S. Sasser, III
> Justin E. Butterfield
> FIRST LIBERTY INSTITUTE
> 2001 W. Plano Pkwy., Ste. 1600
> Plano, Texas 75075
> p: (972) 941–4444
> hsasser@firstliberty.org
> jbutterfield@firstliberty.org
>
> *Counsel for Plaintiff/Appellant*

Nos. 23-12408 and 23-12411

*Warner v. School Board of Hillsborough County, Florida*

# AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I certify that, to the best of my knowledge, the following is a complete list of all persons and entities known to have an interest in the outcome of this appeal. Pursuant to 11th Cir. R. 26.1-4, newly added names and entities are in bold.

1. Akerman LLP (Attorneys for Appellee)

2. **Butterfield, Justin E. (Attorney for Appellant)**

3. **Fiore, Kristen M. (Attorney for Appellee)**

4. **First Liberty Institute (Attorneys for Appellant)**

5. **Flynn, Sean P., U.S. Magistrate Judge**

6. **Margolin, Jason L. (Attorney for Appellee)**

7. **Merryday, Steven D., U.S. District Court Judge for the Middle District of Florida**

8. **Sasser, Hiram S. (Attorney for Appellant)**

9. The School Board of Hillsborough County, Florida (Appellee)

10. Warner, Blake (Appellant)

11. W., J. (Appellant's minor son)

Nos. 23-12408 and 23-12411
*Warner v. School Board of Hillsborough County, Florida*

Respectfully submitted,

*s/ Justin Butterfield*
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
p: (972) 941–4444
hsasser@firstliberty.org
jbutterfield@firstliberty.org

*Counsel for Plaintiff/Appellant*

## NOTICE OF RENEWED MOTIONS AFTER REINSTATEMENT

On July 26, 2023, Appellant Blake Warner, pro se, filed an unopposed Motion to Consolidate Appeals Nos. 23-12408 and 23-12411. Dkt. No. 3. On August 15, 2023, the appeal numbered 23-12408 was dismissed, Dkt. No. 6, and the Motion to Consolidate was dismissed as moot, Dkt. No. 7. On August 17, 2023, the appeal numbered 23-12408 was reinstated. Dkt. No. 11. On August 25, 2023, Justin Butterfield appeared as counsel for Appellant. Dkt. No. 14. On August 28, 2023, Hiram Sasser also appeared as counsel for Appellant. Dkt. No. 17.

In a call with the Court Clerk's Office regarding an extension of briefing deadlines for the appeals numbered 23-12408 and 23-12411, the Court Clerk's Office informed counsel for Appellant that a notice should be filed with the Court requesting the reinstatement of the preexisting Motion to Consolidate the two appeals, which would also stay any briefing deadlines pending the Court's decision with respect to that Motion to Consolidate. Pursuant to that call, therefore, Appellant hereby notifies the Court that the new counsel for Appellant request the reinstatement of the Motion to Consolidate that was dismissed when the appeal numbered 23-12408 was dismissed.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 31, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served on counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*s/ Justin Butterfield*
Justin Butterfield