# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 06, 2023

David Collier
U.S. District Court
Sam M. Gibbons U.S. Courthouse
801 N FLORIDA AVE
TAMPA, FL 33602

Appeal Number:  23-12408-E
Case Style:  Blake Warner v. School Board of Hillsborough County, Florida
District Court Docket No:  8:23-cv-00181-SDM-JSS

TRANSCRIPT DUE: September 15, 2023 (30 days from appellant's certification)

We have not received your acknowledgment of the enclosed transcript order form and certification of completion of financial arrangements. We have assumed that the necessary financial arrangements have been made by the appellant for the preparation of the transcript, in accordance with appellant's certification, and accordingly we have fixed the date shown above for filing the transcript with the district court clerk.

Clerk's Office Phone Numbers
General Information:    404-335-6100      Attorney Admissions:          404-335-6122
Case Administration:    404-335-6135      Capital Cases:                404-335-6200
CM/ECF Help Desk:       404-335-6125      Cases Set for Oral Argument:  404-335-6141

RPTR-1 Acknowledgment not recd