# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

**Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq.** An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available at www.ca11.uscourts.gov.

**Please Type or Print**

Court of Appeals No. __23-12408__

__Blake Warner__ vs. __School Bd- Hillsborough Co., FL__

The Clerk will enter my appearance for these named parties or amici curiae (you must list all parties or amici; use extra pages if necessary):

__Blake Warner__

These individuals/entities are:

[✔] appellant(s)   [ ] petitioner(s)   [ ] intervenor(s)
[ ] appellee(s)    [ ] respondent(s)   [ ] amicus curiae

[✔] The following related or similar cases are pending in this court:
__Blake Warner v. School Bd of Hillsborough Co., FL; Case 23-12411__

[ ] Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the Clerk of this court within 14 days of any changes in the status of my state bar memberships. *See* 11th Cir. R. 46-7.

State Bar: __Texas__   State Bar No.: __24037561__

Signature: __/s/ Aaron M. Streett__
Name (type or print): __Aaron M. Streett__   Phone: __713-229-1855__
Firm/Govt. Office: __Baker Botts L.L.P.__   E-mail: __aaron.streett@bakerbotts.com__
Street Address: __910 Louisiana Street__   Fax: __713-229-7855__
City: __Houston__   State: __TX__   Zip: __77002__

Revised 12/21