# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 05, 2024

Matthew Phillip Erickson
Baker Botts, LLP
401 S 1ST ST STE 1300
AUSTIN, TX 78704

Appeal Number: 23-12408-JJ ; 23-12411 -JJ
Case Style: Blake Warner v. School Board of Hillsborough County, Florida
District Court Docket No: 8:23-cv-00181-SDM-JSS

The brief you filed in the referenced appeal is deficient because you have not included the required item(s) noted below:

- Missing Certificate of Interested Persons and Corporate Disclosure Statement in compliance with court rules. 11th Cir. R. 28-1(b); 11th Cir. R. 26.1-1, 26.1-2, 26.1-3.

You must electronically file the entire corrected brief and submit four (4) paper copies of the corrected brief within FOURTEEN (14) DAYS from this date.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

BR-8 Brief deficiency ltr