# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12408

_____

BLAKE ANDREW WARNER,

                                                  Plaintiff-Appellant,

*versus*

SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA,

                                                  Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cv-00181-SDM-JSS

_____

_____

No. 23-12411

_____

BLAKE ANDREW WARNER,

              Plaintiff-Appellant,

*versus*

SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA,

              Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cv-01029-SDM-SPF

_____

ORDER:

 The motion for an extension of time to and including June 12, 2024 to file Appellant's petition for rehearing is GRANTED.

            DAVID J. SMITH
         Clerk of the United States Court of
           Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION