No. 22-12408 & 23-12411 (consolidated)

## IN THE UNITED STATES COURT OF APPEALS

### FOR THE ELEVENTH CIRCUIT

BLAKE WARNER,

*Plaintiff-Appellant,*

v.

SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA,
*Defendant-Appellee.*

**MOTION TO WITHDRAW AS COUNSEL**

On Appeal from the United States District Court

for the Middle District of Florida

(8:23-cv-00181-SDM-JSS & 8:23-cv-01029-SDM-SPF)

Justin E. Butterfield
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway,
Suite 1600
Plano, Texas 75075
(972) 941-4444
*jbutterfield@firstliberty.org*

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to FRAP 26.1, I certify that I am not aware of persons or entities with an interest in the outcome of this appeal that have been omitted from the Certificate of Interested Persons contained in the opening brief or in any other brief filed.

## MOTION TO WITHDRAW AS COUNSEL

I, Justin E. Butterfield, respectfully request leave to withdraw as counsel for Plaintiff-Appellant, Blake Warner.  Today is my last day of employment with First Liberty Institute.  Blake Warner will continue to be represented by Jeffrey C. Mateer, Hiram S. Sasser, III, and David J. Hacker of First Liberty Institute and Aaron M. Streett, Matthew P. Erickson and Matthew M. Hilderbrand of Baker Botts LLP, who have filed Appearance of Counsel forms in this proceeding.

Dated: August 15, 2024.


Respectfully submitted,

/s/ Justin E. Butterfield
Justin E. Butterfield

*Counsel for Plaintiff-Appellant*
*Blake Warner*

## CERTIFICATE OF SERVICE

I certify that on the date indicated below, I electromically filed this Motion to Withdraw with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all partiest who are registered through CM/ECF.

Dated:  August 15, 2024

/s/ *Justin E. Butterfield*

Justin E. Butterfield
