# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12408

_____

BLAKE ANDREW WARNER,

                                                                 Plaintiff-Appellant,

*versus*

SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA,

                                                                 Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cv-00181-SDM-JSS

_____

2      Order of the Court      23-12408

_____

No. 23-12411

_____

BLAKE ANDREW WARNER,

                                         Plaintiff-Appellant,

*versus*

SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA,

                                         Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cv-01029-SDM-SPF

_____

ORDER:

    The motion to withdraw as counsel for the Appellant filed by Attorney Justin E. Butterfield is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit
ENTERED FOR THE COURT - BY DIRECTION